# EXHIBIT B

| | |
|---|---|
| STATE OF MAINE<br>WASHINGTON, ss | UNIFIED CRIMINAL DOCKET<br>LOCATION: MACHIAS<br>DOCKET NO: |
| STATE OF MAINE<br><br>v.<br><br>SCOTT L FENSTERMAKER<br>DOB: 05/01/1962<br>SIN:<br>3 Laurel St<br>Ellsworth, ME 04605<br>G: Male  Ht: 6' 2"  Wt: 200  H: Brown<br>E: Green  R: White | COMPLAINT<br><br><br>COUNT 1: ASSAULT<br>COUNT 2: RECKLESS CONDUCT<br>COUNT 3: CRIMINAL TRESPASS<br>COUNT 4: ATTEMPTED (INSERT CRIME) |

The undersigned officer, being duly sworn, states upon information and belief that:

**COUNT 1:**  17-A M.R.S. §207(1)(A)  
Seq No: 8382  
ASSAULT  
CLASS D  
ATNCTN 001

[COPY]

On or about September 28, 2022, in Addison, Washington County, Maine, **SCOTT L FENSTERMAKER**, did intentionally, knowingly or recklessly cause bodily injury or offensive physical contact to Donald Therrien.

**COUNT 2:**  17-A M.R.S. §211(1)  
Seq No: 636  
RECKLESS CONDUCT  
CLASS D  
ATNCTN 002

On or about September 28, 2022, in Addison, Washington County, Maine, **SCOTT L FENSTERMAKER**, did recklessly create a substantial risk of serious bodily injury to Donald Therrien.

**COUNT 3:**  17-A M.R.S. §402(1)(D)  
Seq No: 692  
CRIMINAL TRESPASS  
CLASS E  
ATNCTN 003

On or about September 28, 2022, in Addison, Washington County, Maine, **SCOTT L FENSTERMAKER**, knowing he was not licensed or privileged to do so, did remain on property of Donald Therrien in Addison, Maine where Mr. Therrien stores impounded motor vehicles. in defiance of a lawful order to leave which was personally communicated to him by Donald Therrien, Vivian Therrien and the Washington County Sheriff's Department, the owner or other authorized person.

**COUNT 4:**  17-A M.R.S. §152(1)(D),***
Seq No: 8377
**ATTEMPTED THEFT**
**CLASS D**
**ATNCTN 004**

On or about September 28, 2022, in Addison, Washington County, Maine, **SCOTT L FENSTERMAKER**, with the intent to complete the commission of the crime of theft, a Class C crime, did engage in conduct which, in fact, constituted a substantial step toward its commission. SCOTT L FENSTERMAKER did attempt to obtain or exercise control over property of another with the intent to deprive the other person of the property. by entering the property where a car was stored and attempting to jump start it for the purpose of removing it from storage without paying the towing and/or storage bill for said vehicle..

DATED: _____ 2022

_____
**COMPLAINANT**

Sworn to before me, _____ 2022

_____
Clerk/Justice of Peace/Judge/Justice

OFFICER: Toni Bridges
DEPT: Washington County SO
ARRAIGNMENT: December 05, 2022
PROS:
JW#: 22-2546
No Jail Requested

