UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re: Scott L. Fenstermaker, Esq. ) <br> ) <br> ) <br> ) <br> ) | Civil No. 2:23-cv-00174-JDL |

**ORDER CORRECTING ERRATA**

With respect to the Order dated June 16, 2023 (ECF No. 12), it is **ORDERED** that the following correction is made:

1. Page 15, second paragraph, tenth line: not alleged any facts that provide a reasonable basis to question my ~~partiality~~ <u>impartiality</u>.

   **SO ORDERED.**

   **Dated this 21st day of June, 2023.**

                                          /s/ JON D. LEVY
                                          **CHIEF U.S. DISTRICT JUDGE**